Anthony Barnes (Bar No. 199048)
Jason Flanders (Bar No. 238007)
Email: amb@atalawgroup.com
AQUA TERRA AERIS LAW GROUP LLP
490 43rd Street, Suite 108
Oakland, CA 94609
Phone: (917) 371-8293

Elizabeth A. Jones (Bar No. 326118)
Email: Liz@lawaterkeeper.org
LOS ANGELES WATERKEEPER
120 Broadway
Santa Monica, CA 90401
Phone: (310) 394-6162

Attorneys for Waterkeeper
LOS ANGELES WATERKEEPER

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a California non-profit corporation<br><br>Plaintiff,<br><br>v.<br><br>SECURITY PAVING COMPANY, INC., a California corporation,<br><br>Defendant. | Civil Case No.: 2:19-cv-05068-DDP-JEM<br><br>**NOTICE OF TENTATIVE SETTLEMENT** |

**PLEASE TAKE NOTICE** that the parties have reached a tentative settlement in this proceeding. Their agreement is reflected in the proposed Consent Decree attached to this notice as "Exhibit A," a copy of which is being sent to the United States Department of Justice ("DOJ") and the United States Environmental Protection Agency ("EPA") for a 45-day review period as required under Section 135.5 of Title 40 of the Code of Federal Regulations. Plaintiff will provide the Court with the written notice of commencement of the 45-day review period once Plaintiff receives that notice from DOJ. At the end of the 45-day review period, Plaintiff will notify the Court of any objections received from the reviewing agencies, and if no objections are received, will submit the proposed Consent Decree for consideration and approval by this Court.

Should the Court require any additional information, the undersigned will be pleased to provide it upon request.

Dated: December 9, 2019                     Respectfully submitted,

                                            AQUA TERRA AERIS LAW GROUP


                                            s/ Anthony M. Barnes
                                            Anthony M. Barnes
                                            Attorneys for
                                            Los Angeles Waterkeeper


Dated: December 9, 2019                     ENVIRONMENTAL LAW GROUP LLP


                                            s/ S. Wayne Rosenbaum
                                            S. Wayne Rosenbaum
                                            Attorneys for Security Paving Inc.