1  Anthony Barnes (Bar No. 199048)
2  Jason Flanders (Bar No. 238007)
   Email: amb@atalawgroup.com
3  AQUA TERRA AERIS LAW GROUP LLP
4  490 43rd Street, Suite 108
   Oakland, CA 94609
5  Phone: (917) 371-8293

6
   Elizabeth A. Jones (Bar No. 326118)
7  Email: Liz@lawaterkeeper.org
8  LOS ANGELES WATERKEEPER
   120 Broadway
9  Santa Monica, CA 90401
10 Phone: (310) 394-6162

11 Attorneys for Waterkeeper
12 LOS ANGELES WATERKEEPER

13
                **UNITED STATES DISTRICT COURT**
14              **CENTRAL DISTRICT OF CALIFORNIA**
15

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a California non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SECURITY PAVING COMPANY, INC., a California corporation,<br><br>Defendant. | **Case No.: 2:19-cv-05068-DDP-JEM**<br><br>**NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE; REQUEST FOR ENTRY OF [PROPOSED] CONSENT DECREE**<br><br>Judge: Hon. Dean D. Pregerson |

NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE; REQUEST FOR ENTRY OF [PROPOSED] CONSENT DECREE

**PLEASE TAKE NOTICE THAT:**

WHEREAS, on December 7, 2019, Plaintiff LOS ANGELES WATERKEEPER ("Plaintiff") and Defendant SECURITY PAVING COMPANY, INC. ("Defendant") (collectively, "the Parties") agreed on a tentative settlement resolving the issues raised in Plaintiff's complaint; and

WHEREAS, on December 9, 2019, Plaintiff filed a Notice of Tentative Settlement and requested the Court not sign the Consent Decree until a mandatory period for comment by the United States had passed pursuant to United States Code, title 33, section 1365(c)(3) and Code of Federal Regulations, title 40, section 135.5 (ECF #22); and

WHEREAS, on December 12, 2019, Plaintiff filed a Notice of Commencement of 45-Day Review Period, which advised the Court that the United States had acknowledged receipt of the Consent Decree and would notify the Court of any objections to the Consent Decree by February 1, 2018 (ECF #24); and

WHEREAS, on January 14, 2020, the United States Department of Justice notified Plaintiff via electronic mail that the United States does not object to the Court's entry of the Consent Decree into judgment; as the Agencies have indicated that they have no objection to entry, the Court may now enter the [Proposed] Consent Decree, which includes a request that the Court retain jurisdiction to enforce the terms of the [Proposed] Consent Decree if necessary.

THEREFORE, Plaintiff hereby requests the Court sign the [Proposed] Consent Decree, a true and correct copy of which is attached to this Notice of Lodging as "Exhibit A," and enter the Consent Decree as judgment.

//
//
//
//

| | | |
|---|---|---|
| 1 | Dated: January 15, 2020 | AQUA TERRA AERIS LAW GROUP |
| 2 | | |
| 3 | | |
| 4 | | Anthony M. Barnes |
| 5 | | Attorneys for Plaintiff<br>Los Angeles Waterkeeper |

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing:

**NOTICE OF NO OBJECTION TO CO NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE; REQUEST FOR ENTRY OF [PROPOSED] CONSENT DECREE**

Will be e-filed on January 15, 2020, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following persons in accordance with the Federal Rules of Civil Procedure at the email addresses listed below:

| | |
|---|---|
| S. Wayne Rosenbaum<br>Email: swr@envirolawyer.com<br>ENVIRONMENTAL LAW GROUP LLP<br>225 Broadway, Suite 1900<br>San Diego, CA 92101 | Attorneys for Defendant |

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 15, 2020, at Oakland, California.

_____
Anthony M. Barnes