# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a California non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SECURITY PAVING COMPANY, INC., a California corporation,<br><br>Defendant. | Case No.: 2:19-cv-05068-DDP-JEM<br><br>**ORDER REGARDING STIPULATION TO RETAIN JURISDICTION AND REQUEST FOR DISMISSAL**<br><br>Judge: Hon. Dean D. Pregerson |

# ORDER

Based on the stipulation of the Settling Parties,

IT IS HEREBY ORDERED that the Court shall retain jurisdiction over Civil Case No. 2:19-cv-05068-DDP-JEM for the sole purpose of enforcing compliance by the Settling Parties with the terms of the Consent Decree. The Consent Decree was lodged separately and entered by the Court on January 16, 2020.

IT IS FURTHER ORDERED that Plaintiff's claims against Defendant Security Paving Company, Inc., as set forth in Civil Case No. 2:19-cv-05068-DDP-JEM are dismissed with prejudice pursuant to FRCP 41(a)(2).

IT IS SO ORDERED.

Dated: January 21, 2020

_____
Hon. Dean D. Pregerson

ATA Law Group
490 43rd Street, Suite 108
Oakland CA 94608
916-202-3018